IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 AUG -8  P 4: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:06CR189-DRB |
| | ) | [18 U.S.C. 13; AL 13A-6-22] |
| | ) | |
| | ) | |
| SAM CHILDREE | ) | INFORMATION |

The United States Attorney charges that:

On or about the 9th of June, 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, SAM CHILDREE did intentionally cause physical injury to a person; to wit: Intentionally pushed and choked Michael Simmons, in violation of Title 18, Section 13, United States Code and Alabama Code 13A-6-22(a)1.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Nathan T. Golden*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Investigator at Fort Rucker, Alabama. Investigation revealed that at approximately 2:00 A.M. on the 9th of June, 2006, a confrontation took place between SAM CHILDREE and Michael Simmons. In a statement to the military police, Simmons accused SAM CHILDREE of poking him in the chest and choking him. In a statement to the military police, SAM CHILDREE admitted to placing his hand on Simmons' upper chest and pushing him.


_____
KEVIN P. DONOHOO, INVESTIGATOR, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 25 day of July 2006.


_____
NOTARY PUBLIC

My commission expires: 23 DEC 2006