IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 1:06CR189-DRB |
| | ) | |
| SAM CHILDREE | ) | |

## WAIVER OF COUNSEL

I am the defendant in the above entitled cause. I have been advised by the United States Magistrate Judge of my right to be represented by counsel. I have been asked by the United States Magistrate Judge whether I desire counsel in this case.

Being advised of my rights, I do hereby voluntarily waive and relinquish my right to be represented by counsel in this cause.

Dated: 9/27/2006

_____
Defendant

Witnessed by:

_____
U. S. MAGISTRATE JUDGE