COURTROOM DEPUTY MINUTES   DATE: 9/27/2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 11:40 - 11:45a

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd         DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 1:06CR189-DRB           DEFT. NAME: Sam CHILDREE

USA: Golden                        ATTY: _____
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: Pitcher/Johns/Brockett

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: _____

| | | |
|---|---|---|
| ☐kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☒kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☒ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | ORAL ORDER appointing Community Defender Organization - Notice to be filed. | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | Detention Hearing ☐ held; ☐ set for _____ | |
| ☐kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered | |
| ☐kodtn. | ORDER OF DETENTION PENDING TRIAL entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for _____ | |
| ☐ko. | Deft. ORDERED REMOVED to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury. | |
| ☒karr. | ARRAIGNMENT SET FOR: _____ ☒ HELD. Plea of NOT GUILTY entered. | |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | Waiver of Speedy Trial Act Rights Executed | |