IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 1:06cr189-DRB** |
| | ) | |
| **SAM CHILDREE** | ) | |

**MOTION FOR COURT TO REVIEW FINANCIAL AFFIDAVIT**

**COMES NOW** the Office of the Federal Defenders, Middle District of Alabama and Donnie W. Bethel, and moves the Court to review Mr. Childree's financial affidavit to determine whether the Office of the Federal Defenders should be appointed to represent Mr. Childree.

1. At his arraignment on September 27, 2006, Mr. Childree refused to fill out a financial affidavit and chose to represent himself.

2. Mr. Childree has since changed his mind and wishes the Office of the Federal Defenders to represent him. In light of Mr. Childree's financial resources, undersigned counsel and the Office of Federal Defenders request that the Court determine whether the Office of the Federal Defenders should be appointed to represent Mr. Childree. See attached Financial Affidavit.

**WHEREFORE**, the Office of Federal Defenders and undersigned counsel request that the Court this motion be granted.

Dated this 5th day of October, 2006

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 1:06cr189-DRB** |
| | ) | |
| **SAM CHILDREE** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104, and Nathan T. Golden, Special Assistant U.S. Attorney, Office of the Staff Judge Advocate, Soldier Service Center, Building 5700, Fort Rucker, AL 36362.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

| | | |
|---|---|---|
| IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
| IN THE CASE OF United States vs. Sam Childree | FOR Assault AT Middle Dist. Court | |

| PERSON REPRESENTED (Show your full name) Sam Childree Jr. | 1 ☐ Defendant—Adult  2 ☐ Defendant - Juvenile  3 ☐ Appellant  4 ☐ Probation Violator  5 ☐ Parole Violator  6 ☐ Habeas Petitioner  7 ☐ 2255 Petitioner  8 ☐ Material Witness  9 ☐ Other | DOCKET NUMBERS Magistrate  District Court  Court of Appeals |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor | | |

**ASSETS**

- **EMPLOYMENT**
  - Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
  - Name and address of employer: AFS Ft Rucker, AL
  - IF YES, how much do you earn per month? $ 2400.00 After Tax
  - IF NO, give month and year of last employment. How much did you earn per month? $
  - If married is your Spouse employed? ☒ Yes ☐ No
  - IF YES, how much does your Spouse earn per month? $ 1,000 After tax
  - If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

- **OTHER INCOME**
  - Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
  - RECEIVED  SOURCES
  - IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

- **CASH**
  - Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 1000

- **PROPERTY**
  - Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
  - VALUE  DESCRIPTION
  - IF YES, GIVE THE VALUE AND DESCRIBE IT $ 2000 ea  10 acres
  - 125,000  Home

**OBLIGATIONS DEBTS**

- **DEPENDENTS**
  - MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
  - Total No. of Dependents: 1
  - List persons you actually support and your relationship to them

- **DEBTS & MONTHLY BILLS**
  APARTMENT OR HOME:

  | Creditors | Total Debt | Monthly Paymt |
  |---|---|---|
  | AmSouth mortgage | $40,000 | $360 |
  | Tran Ca Union | 2,000 | 489 |
  | Visa + master Card | 5,000 | 160 |
  | Lowes | 700 | 70 |
  | Sears + JC Penny | 400 | 40 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Sam Childree Jr. 10-4-06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Sam Childree Jr.