IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:06-po-0189-DRB |
| | ) | |
| SAM CHILDREE | ) | |

## ORDER ON MOTION

Upon review of the defendant's *Motion for Court to Review Financial Affidavit* and the attached *Financial Affidavit* (Doc. 8, filed October 5, 2006), and for good cause therein, it is

**ORDERED** that the motion is **GRANTED**.  The court finds that Sam Childree is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant in all court proceedings.  Appointed counsel shall file a written notice of appearance with this court.

DONE this 6th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE