COURTROOM DEPUTY MINUTES           DATE: DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA         DIGITAL RECORDED:

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06PO189-CSC               **DEFENDANT NAME:** SAM CHILDREE

### APPEARANCES

GOVERNMENT                                    DEFENDANT COUNSEL
ATTY. ~~NATHAN GOLDEN~~ *A. Clark Morris*     ATTY. DONNIE BETHEL

---

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** NONE.

☑  **PLEA STATUS:** *Request for pretrial diversion.*

☐  **TRIAL STATUS:**

☑  **REMARKS:** *Counsel advised to file m/continue trial*