COURTROOM DEPUTY MINUTES         DATE: FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:20 - 1:20

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06PO-189-CSC    **DEFENDANT NAME:** SAM CHILDREE

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KENT BRUNSON | ATTY. DONNIE BETHEL |

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** Deft has been approved for pretrial diversion, awaiting report from Probation.

☑ **TRIAL STATUS:** Will take 1day to try case, if goes to trial.

☑ **REMARKS:** Case to be dismissed.